FILE COPY



# Court of Appeals
# Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00032-CV

## Trial Court No. 2011-266

**Oscar W. Still, a/k/a Oscar Wardon Stil**

**Vs.**

**Kilgore Independent School District, et al**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | James  Rosenthal |
| Motion fee | $10.00 | James  Rosenthal |
| Clerk's record | $93.00 | Unknown |
| Reporter's record | $36.00 | Joe Shumate |
| Indigent | $25.00 | Joe Shumate |
| Supreme Court chapter 51 fee | $50.00 | Joe Shumate |
| Filing | $100.00 | Joe Shumate |
| Required Texas.gov efiling fee | $20.00 | Joe Shumate |
| **TOTAL:** | $344.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 5th day of June 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk